UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymedica, Inc.,
a Minnesota Corporation,

Civil Action No. 01-CV-1841 JRT/FLN

Plaintiff,

v.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Vladimir Stoy;
Replication Medical, Inc.,
a New Jersey Corporation; and
Replication Medical, Inc.,
a Delaware Corporation,

Defendants.

---

WHEREAS, Counsel for Defendant Replication Medical, Inc. (Delaware) recently were retained in this action and have requested additional time for their client Replication Medical, Inc. (Delaware) to answer or otherwise respond to the complaint and for the other named defendants to retain counsel and to answer or otherwise respond to the complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendants be granted an extension of time until November 19, 2001 to Answer the

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Complaint in the above captioned matter or otherwise plead.

Date: October 29, 2001

**FREDRIKSON & BYRON, P.A.**

By: ________________________
Cynthia Jokela Moyer (#211229)
Dean R. Karau (#225186)
Emily E. Duke (#249178)

1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7000

*ATTORNEYS FOR PLAINTIFF*

Date: October 29 2001

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

By: ________________________
James H. Patterson(#154428)
Donald W. Niles (#160684)

4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-5740

OF COUNSEL:

DUANE MORRIS
John J. Soroko, Esq.
One Liberty Place
Philadelphia, PA 19103-7396
(215) 979-1000

*ATTORNEYS FOR DEFENDANT REPLICATION MEDICAL, INC. (DELAWARE)*

## ORDER

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that the Defendants are granted an extension until November 19, 2001 to file an Answer or otherwise plead.

Dated: October 31, 2001

BY THE COURT:

________________________
Magistrate Judge Franklin L. Noel

69968