# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1841 JRT/FLN Case Title: Raymedica v. Stoy

**Affidavit of Movant**

I, Norman M. Abramson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kelly D. Eckel, an attorney admitted to practice in the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendants Vladimir Stoy et al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 241982 MN Attorney License # | 10/16/02 Date

**Affidavit of Proposed Admittee**

I, Kelly D. Eckel, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Kelly D. Eckel Type/Print Name | [signature] Signature | 10/15/02 Date

Attorney License Number: PA # 79444

Law Firm Name & Address: Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

Telephone: ( ) 215.979.1131

Motion Granted: [signature] AMC
For the Court: Richard D. Sletten, Clerk

OCT 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1841 JRT/FLN Case Title: Raymedica v. Stoy

**Affidavit of Movant**

I, Norman M. Abramson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John Soroko, an attorney admitted to practice in the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendants Vladimir Stoy et al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 241982 MN Attorney License # | 10/16/02 Date

**Affidavit of Proposed Admittee**

I, John J. Soroko, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

John J. Soroko Type/Print Name | [signature] Signature | 10/15/02 Date

Attorney License Number: PA # 25987

Law Firm Name & Address: Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

Telephone: ( ) 215.979.1124

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

OCT 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.