**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RAYMEDICA, INC.,

Plaintiff,

v.

VLADIMIR STOY, et al.,

Defendants.

Civil No. 01-1841 (JRT/JSM)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the miscellaneous list of the automated case assignment system.

DATED: April 1, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED APR 01 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Raymedica, Inc.

vs 01-1841DSD/JSM

Vladimir Stoy, et al

Pursuant to an Order of Recusal by Judge John R. Tunheim, the above case has been reassigned to Judge David S. Doty. Please note the change in the Judge's initials above and refer to them when submitting materials to the court. Please also note that Chief Magistrate Judge Mayeron remains the referral judge on this case.