**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RAYMEDICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VLADIMIR STOY, REPLICATION. MEDICAL, INC., a New Jersey Corporation, and REPLICATION MEDICAL, INC., a Delaware Corporation<br><br>Defendants. | Civil No. 01-1841 JRT/JSM<br><br>**ORDER REGARDING MODIFIED PRETRIAL SCHEDULE** |

The court has reviewed the parties' Joint Motion to Modify Pretrial Schedule, and good cause having been shown pursuant to Local Rule 16.3, IT IS HEREBY ORDERED that the motion is **GRANTED** and the following schedule shall govern this proceeding.

1. Discovery/Non-Dispositive Motions:

JSM a. All discovery including expert depositions shall be commenced in time to be completed by ~~August 1,~~ November 1, 2003.

b. No more than 35 interrogatories, including all discrete subparts, shall be served by any party.

c. No more than 25 depositions shall be taken by any party.

d. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by November 6, 2003. Non-dispositive motions may be scheduled for hearing by calling the Calendar Clerk to Magistrate Judge Janie S. Mayeron. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. JSM

APR 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PH2\722127.1

2. Expert Disclosure and Discovery:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      (i) By all parties on or before August 15, 2003, with respect to initial experts.

      (ii) By all parties on or before September 15, 2003, with respect to rebuttal experts.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      (i) By all parties on or before August 15, 2003, with respect to initial expert reports.

      (ii) By all parties on or before September 15, 2003, with respect to rebuttal expert reports.

      (iii) Reply due on or before October 5, 2003.

   c. Each party may depose no more than 4 expert witnesses on or before November 1, 2003.

   d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

   a. All dispositive motions shall be filed prior to January 1, 2004.

   b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason (612-664-5083) will contact counsel with a hearing date after all papers have been submitted.

   c. All dispositive motions shall be filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial:

   a. This case shall be ready for trial no later than February 1, 2004, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 4-6 trial days.

Dated: 4/2, 2003

Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge