**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Raymedica, Inc.,

Plaintiff,

vs.

Vladimir Stoy, Replication Medical, Inc., a New Jersey Corporation, and Replication Medical, Inc., a Delaware Corporation,

Defendants.

Case No. 01-CV-1841 DSD/JSM

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter may be dismissed with prejudice, each party bearing its own costs, expenses and attorneys' fees in connection with this action.

Dated: August 6, 2003

**FREDRIKSON & BYRON, P.A.**

By: [signature]
Cynthia A. Jokela Moyer (211229)
Dulce J. Foster (285419)
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 492-7000

**Attorneys For Plaintiff**

AUG 14 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 11, 2003

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

By: ______________________
Donald W. Niles (160684)
Norman M. Abramson (241982)
Casey A. Kniser (262377)
4800 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612-349-5740

**DUANE MORRIS LLP**
John J. Soroko
Kelly D. Eckel
One Liberty Place
Philadelphia, PA 19103-7396
(215) 979-1124
**Attorneys for Defendants**

**ORDER**

Pursuant to the Stipulation set forth above, this matter is DISMISSED WITH PREJUDICE, each party to bear their own costs, disbursements and attorneys' fees in connection with this action.

Dated: 8/13, 2003

BY THE COURT:

______________________
David S. Doty
United States District Court Judge

117537